**NOTE CHANGES MADE BY THE COURT**
**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIYA DICKERSON and JOEL STALLWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG U.S., LLP; ERNST & YOUNG, AMERICAS, LLC; ERNST & YOUNG LLP; ERNST & YOUNG GLOBAL LIMITED; TONY JORDAN, STAN CHU, HEATHER JOYCE, NALIKA NANAYAKKARA, BRIDGET AHERN, KIMBERLY HARRINGTON, TERESA MICHEL, KATHY ANDREWS, JASON JONES, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-03558-MCS-SK<br><br>[Assigned to the Honorable Mark C. Scarsi – Courtroom 7C]<br><br>**ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND REMAND TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (ECF No. 11)**<br><br>Date Action filed:   Dec. 19, 2025<br>Date of Removal:   April 3, 2026 |

ORDER RE JT STIP FOR LEAVE
TO FILE SAC & REMAND TO LASC

**ORDER**

The Court, having considered the joint stipulation to file Second Amended Complaint for Damages and Remand to Superior Court of California, County of Los Angeles, hereby orders that:

1. Plaintiffs' federal claims in the Fifth Count and Sixth Count of Plaintiffs' First Amended Complaint are dismissed with prejudice, and Defendant Ernst & Young Global Limited is dismissed from this action with prejudice;

2. ~~Plaintiffs are authorized to file the attached Second Amended Complaint pursuant to Rule 15(a)(2);~~ **The Court deems Plaintiffs' Second Amended Complaint attached to the parties' stipulation filed as of the date of this Order;**

3. This action is remanded to the Superior Court of the State of California for the County of Los Angeles ~~following the filing of the Second Amended Complaint; and~~ **forthwith.**

4. ~~Defendants' current responsive pleading deadline of May 11, 2026 is stricken as moot.~~

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____
Mark C. Scarsi
United States District Judge

ORDER RE JT STIP FOR LEAVE TO FILE
SAC & REMAND TO LASC                    -1-